**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MELVIN L. MOBLEY, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:17-CV-378 |
| | § | |
| MAXWELL VINE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Melvin L. Mobley, III, a prisoner previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Maxwell Vine, Jherick M. Campbell, James Cortez, and Miguel Martinez Villarreal.

The court ordered that this matter be referred to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On July 13, 2026, the magistrate judge recommended denying Plaintiff's Motion for Default Judgment against Defendant Martinez Villarreal. To date, the parties have not filed objections to the magistrate judge's Report and Recommendation.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#311) is **ADOPTED**. Plaintiff's Motion for Default Judgment (#291) is **DENIED**.

SIGNED at Beaumont, Texas, this 9th day of September, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE